CLARENCE W. DUNN, Respondent, *v.* JAMES C. STEWART
et al., Appellants.

*Dunn* v. *Stewart*, 155 App. Div. 877, affirmed.
(Argued March 25, 1915; decided April 13, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered January 13, 1913, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for damage to plaintiff's motor boat while moored at its
dock arising from the collision therewith of a barge oper-
ated by defendants.

*Edward L. Moore* for appellants.

*A. Lee Olmsted* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN,
CUDDEBACK, HOGAN and CARDOZO, JJ.